UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MUSTAFA ABUELHIJA,

                 Plaintiff,                              08-cv-3679

      -against-                                  NOTICE OF APPEARANCE

DAVID CHAPPELLE and PILOT BOY PRODUCTIONS,
INC.,

                 Defendants.
-----------------------------------------------------------X

To the Clerk of the Southern District of New York and all parties of record:

       I certify that I am an attorney duly licensed and admitted to practice before this Court.

Let my appearance as counsel for Plaintiff Mustafa Abuelhija be entered.

Dated: May 6, 2008
       New York, NY                    /s/_____

                                     Scott J. Kreppein, Esq. (SK-0715)
                                     MORELLI RATNER PC
                                     950 3rd Avenue, 11th Floor
                                     New York, NY 10022
                                     Phone: 212-751-9800
                                     Fax: 212-751-0046
                                     Skreppein@Morellilaw.com