%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 12, 2008 | 4:24 PM |
| NAME OF SERVER (PRINT) Matthew Dudzic | TITLE Private Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

XX Other (specify):   Served Greg Trenchard, CPA, on behalf of John B. Barry, LLC, authorized to accept on behalf of David Chappelle, at 300 Alleghany Ave., Towson, MD 21204.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 14, 2008
                   Date

Signature of Server   Matthew Dudzic

221 W. Joppa Road
Towson, MD 21204
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | May 12, 2008    4:24 PM |
| NAME OF SERVER (PRINT) Matthew Dudzic | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Greg Trenchard, CPA, on behalf of John B. Barry, LLC, authorized to accept on behalf of Pilot Boy Productions, at 300 Allegheny Ave., Towson, MD 21204.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 14, 2008
                  Date

Signature of Server   Matthew Dudzic

221 W. Joppa Road
Towson, MD 21204
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

Mustafa Abuelhija  
Plaintiff(s)  
v  
David Chappelle, and Pilot Boy Productions, Inc.  
Defendant(s)

Case No; 08 CV 3679

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served Pilot Boy Productions, Inc.

with the documents: Summons; and Complaint

**Person Served:** Mary Drummond, Managing Agent duly authorized to accept service.  
**Service Address:** The Company Corporation ,2711 Centerville Rd., # 400, Wilmington, DE 19808

**Date of Service:** May 29, 2008        **Time of Service:** 2:27 p.m.

**Manner of Service:** ( X ) By personally delivering copies to the person/authorized agent of entity being served.  
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof  
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.  
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address    ( ) Evading            ( ) Moved, left no forwarding  ( ) Other  
( ) Address does not exist ( ) Service canceled by Litigant ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,  
_____ at _____, _____ at _____, _____ at _____, _____ at _____,

**Description:** Age: 40's  Sex: F   Race: B   Hgt: 5'6"   Wgt: 135   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

May 30, 2008     at  Wilmington,   Delaware  
Date                  City          State

Daniel Newcomb, Process Server

State of Delaware  
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on May 30, 2008

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08  
Notary Public, State of Delaware

KIMBERLY J. RYAN  
NOTARY PUBLIC-DELAWARE  
My Commission Expires June 15, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-28-2008 2:20 pm |
| NAME OF SERVER (PRINT) LARRY SMITH | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3420 GRINNELLE Rd, Yellow Springs, OH

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/28/2008
    Date
Signature of Server: Larry Smith

Address of Server: 6077 Far Hills #215, Dayton, OH 45459

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.