AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

MUSTAFA ABUELHIJA,
            Plaintiff,

-against-

**APPEARANCE**

Case Number: 08-CV-3679 (HB)

DAVID CHAPPELLE and PILOT BOY
PRODUCTIONS, INC.,
            Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAVID CHAPPELLE and PILOT BOY
PRODUCTIONS, INC.,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/10/2008 | *[signature]* |
| Date | Signature |
| | Howard J.C. Nicols     HC3594 |
| | Print Name     Bar Number |
| | Squire Sanders & Dempsey, L.L.P., 350 Park Avenue |
| | Address |
| | New York    NY    10022 |
| | City    State    Zip Code |
| | (212) 872-9800    (212) 872-9815 |
| | Phone Number    Fax Number |