AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MUSTAFA ABUELHIJA,
    Plaintiff,

-against-

DAVID CHAPPELLE and PILOT BOY
PRODUCTIONS, INC.,
    Dendants.

**APPEARANCE**

Case Number:  08-CV-3679 (HB)

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

  DAVID CHAPPELLE and PILOT BOY
  PRODUCTIONS, INC.,

I certify that I am admitted to practice in this court.

| 6/10/2008 | *[signature: Richard L. Mattiaccio]* |
|---|---|
| Date | Signature |

| Richard L. Mattiaccio | RM4764 |
|---|---|
| Print Name | Bar Number |

Squire Sanders & Dempsey, L.L.P., 350 Park Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 872-9800 | (212) 872-9815 |
|---|---|
| Phone Number | Fax Number |