AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MUSTAFA ABUELHIJA,
          Plaintiff,

-against-

DAVID CHAPPELLE and PILOT BOY
PRODUCTIONS, INC.,
          Defendants

**APPEARANCE**

Case Number: 08 Civ. 3679 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants

DAVID CHAPPELLE and PILOT BOY
PRODUCTIONS, INC.,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/10/2008 | _(signature)_ |
| Date | Signature |
| | Victor Genecin     VG9733 |
| | Print Name     Bar Number |
| | Squire, Sanders & Dempsey L.L.P. 350 Park Avenue |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 872-9800     (212) 872-9815 |
| | Phone Number     Fax Number |

v.