DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
MUSTAFA ABUELHIJA,                              :    Case No. 08-CV-3679 (HB)
                                   Plaintiff,    :
                                                :
        -against-.                              :    **STIPULATION AND ORDER**
                                                :
DAVID CHAPPELLE AND PILOT BOY                   :
PRODUCTIONS, INC.,                              :
                                                :
                                   Defendants.  :
                                                :
--------------------------------------------------------- x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys

for the parties, that, the undersigned attorneys for defendants acknowledge and accept service of

process upon the named defendants, David Chappelle and Pilot Boy Productions, Inc., and the time

of said defendants to answer or otherwise move with respect to the complaint in the above-captioned

action, is hereby extended to and including July 7, 2008.

Date:  New York, New York
       June 9, 2008

MORELLI RATNER PC                               SQUIRE SANDERS & DEMPSEY, L.L.P.

By _____                      By _____
Rory I. Lancman (RL-9404)                       Howard J. Nicols (HN-3594)
950 Third Avenue, 11th Floor                    Richard L. Mattiaccio (RM-4764)
New York, NY 10022                              Victor Genecin (VG-9733)
212-751-9800                                    350 Park Avenue
                                                15th Floor
Attorneys for Plaintiff                         New York, NY 10022
                                                212-872-9800
                                                Attorneys for Defendants


SO ORDERED:

_____                         _____
HAROLD BAER                                      DATE
UNITED STATES DISTRICT JUDGE