UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MUSTAFA ABUELHIJA,                       :    Case No. 08-CV-3679 (HB)

             Plaintiff,                  :

    -against-.                            :    **RULE 7.1 STATEMENT**

DAVID CHAPPELLE AND PILOT BOY
PRODUCTIONS, INC.,

            Defendants.
------------------------------------------------------------- x

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant, PILOT BOY PRODUCTIONS, INC., certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held.

    None.

Dated:     New York, New York         **SQUIRE, SANDERS & DEMPSEY L.L.P.**
           July 7, 2008

                                              By: _____
                                                Richard L. Mattiaccio (RM-4764)
                                                350 Park Avenue
                                                15th Floor
                                                New York, NY 10022
                                                212-872-9800

                                                Attorneys for Defendants