UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MUSTAFA ABUELHIJA, :
: 08 Civ. 3679 (HB)
Plaintiff, :
: **ORDER**
-against- :
:
DAVID CHAPPELLE and PILOT BOY :
PRODUCTIONS, INC., :
:
Defendants. :
------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS this Court held a Pre-Trial Conference with the parties on July 10, 2008, at which the parties indicated that they will consider a settlement of this case; it is hereby

ORDERED that this matter shall be placed on my suspense calendar until October 16, 2008; and it is further

ORDERED that the parties shall meet in my Chambers for a second Pre-Trial Conference on October 16, 2008 at 3 p.m., if the matter has not been settled.

**SO ORDERED.**

July 11, 2008
New York, New York

_____
U.S.D.J.