UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
  MUSTAFA ABUELHIJA,

                       Plaintiff,                              __08__ **CIVIL** __3679____( HB  )

           -against-
  DAVID CHAPPELLE AND PILOT BOY
  PRODUCTIONS, INC.,
                       Defendant.
-----------------------------------------------------------------x

# NOTICE  OF  CHANGE  OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    Howard J.C. Nichols, c/o Squire, Sanders & Dempsey L.L.P.

☒    *Attorney*

   ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
            __(HC 3594)__

   ☐    I am a Pro Hac Vice attorney

   ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

   From: _____

   To:    _____

   ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☒    *Address:*        1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797

☐    *Telephone Number:*    _____

☐    *Fax Number:*           _____

☐    *E-Mail Address:*       _____

Dated:  __08/01/08__                _[signature]_
                                      Howard J.C. Nichols (HC 3594)