UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MUSTAFA ABUELHIJA,

                Plaintiff,

                                                                 08  CIVIL  3679  ( HB )

     -against-

DAVID CHAPPELLE AND PILOT BOY
PRODUCTIONS, INC.,

                Defendant.
-------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Richard L. Mattiaccio, c/o Squire, Sanders & Dempsey, L.L.P.

☒    *Attorney*

        ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
                (RM 4764)

        ☐    I am a Pro Hac Vice attorney

        ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

        From: _____

        To: _____

        ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☒    *Address:*    1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797

☐    *Telephone Number:*    _____

☐    *Fax Number:*    _____

☐    *E-Mail Address:*    _____

Dated:   08/01/08                             *[signature]*
                                             RICHARD L. MATTIACCIO (RM 4764)