UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
  MUSTAFA ABUELHIJA,

                           Plaintiff,

                                                          08  **CIVIL** 3679      ( HB  )
            -against-
  DAVID CHAPPELLE AND PILOT BOY
  PRODUCTIONS, INC.,
                           Defendant.
------------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    Victor Genecin, c/o Squire, Sanders & Dempsey L.L.P.

☒   *Attorney*

   ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        (VG 9733)

   ☐   I am a Pro Hac Vice attorney

   ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

   From: _____

   To:   _____

   ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☒   *Address:*        1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797

☐   *Telephone Number:*   _____

☐   *Fax Number:*    _____

☐   *E-Mail Address:*   _____

Dated:   08/01/08          _____
                            Victor Genecin (VG 9733)